**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ALONQUINETTE SMITH** | **CIVIL ACTION NO. 25-0155** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **Z. THOMAS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, together with the Objection [Doc. No. 11] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Alonquinette Smith's claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state claims on which relief may be granted, and for seeking relief from a defendant immune from such relief.

MONROE, LOUISIANA, this 16th day of May 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE